IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01847-RPM-MJW

JULIE SEGURA,

       Plaintiff,

v.

MERCANTILE ADJUSTMENT BUREAU, LLC, a New York limited liability company, and EQUABLE ASCENT FINANCIAL, LLC, a Delaware limited liability company,

       Defendant(s).

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

                      BY THE COURT:

                      s/Richard P. Matsch

September 27th, 2010
_____   _____
DATE                           Richard P. Matsch, Senior District Judge